THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HENRY E. YOUNG,<br><br>              Plaintiff,<br>    v.<br><br>DANIEL T. SATTERBERG *et al.*,<br><br>              Defendants. | CASE NO. C19-1420-JCC<br><br>ORDER |

This matter comes before the Court on the report and recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge (Dkt. No. 10). Plaintiff has not filed objections to the report and recommendation. Having thoroughly considered Plaintiff's 42 U.S.C. § 1983 civil rights complaint, the report and recommendation, and the relevant record, the Court hereby FINDS and ORDERS that:

1. The report and recommendation (Dkt. No. 10) is ADOPTED and APPROVED;
2. Petitioner's complaint (Dkt. No. 4) is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a cognizable ground for relief under 42 U.S.C. § 1983; and
3. The Clerk is DIRECTED to send copies of this order to Plaintiff and to Judge Peterson.

//
//

1       DATED this 21st day of February 2020.

John C. Coughenour
UNITED STATES DISTRICT JUDGE